UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KEVIN GREEN,

    Plaintiff,

v.                                          Civil Action No: 1:15-cv-01291-RDM

EQUIFAX INFORMATION SERVICES,
LLC., *et al.*,

    **Defendant.**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, KEVIN GREEN, and hereby moves the Court to dismiss with prejudice all claims <u>only against</u> Defendant EQUIFAX INFORMATION SERVICES, LLC.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint <u>only against</u> Defendant EQUIFAX INFORMATION SERVICES, LLC is DISMISSED with prejudice.

Entered this _____ day of _____, 2015.

_____
The Hon. Randolph D. Moss
United States District Judge

SEEN AND AGREED:

_____
Kristi C. Kelly, Esq. (DC Bar No. 974872)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

_____
Brian R. Meiners (No. 482039)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-4707
202-737-0500 - Telephone
202-626-3737 - Facsimile
Email: bmeiners@kslaw.com
*Counsel for Equifax Info. Services, LLC*