# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN GREEN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and ALLY FINANCIAL, INC.;<br>　　　　Defendant. | CASE NO. 1:15-cv-01291-RDM<br><br>Judge Randolph D. Moss |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC

Plaintiff, Kevin Green ("Plaintiff"), by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in the Initial Scheduling Conference, currently scheduled for December 15, 2015, unless directed to do so by the Court. Plaintiff and Trans Union will file a Stipulation Of Dismissal and Proposed Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,


/s/ *Kristi C. Kelly (w/ consent)*
Kristi C. Kelly, Esq. (DC Bar No. 974872)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

*Counsel for Plaintiff, Kevin Green*


*/s/ William M. Huse*
William M. Huse, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*


H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Local Counsel for Defendant, Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of December, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Kristi C. Kelly, Esq. kkelly@kellyandcrandall.com | William V. O'Reilly, Esq. woreilly@jonesday.com |
|---|---|
| Syed M. Reza, Esq. Mohsin.reza@troutmansanders.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of December, 2015**, properly addressed as follows:

| None. | |
|---|---|

/s/ William M. Huse
William M. Huse, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*