UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**KEVIN GREEN**,

  **Plaintiff,**

v.              Civil Action No: 1:15-cv-01291-RDM

              Judge Randolph D. Moss

**EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; and ALLY
FINANCIAL, INC.;**

  **Defendants.**

_____

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF
AND ALLY FINANCIAL, INC.**
_____

  Plaintiff, Kevin Green ("Plaintiff"), by counsel, and Defendant, Ally Financial, Inc. ("Ally Financial"), by counsel, hereby inform this Court that Plaintiff and Ally Financial have reached a settlement as to all matters raised by Plaintiff against Ally Financial only in this action. Accordingly, Ally Financial and Plaintiff do not intend to participate in the Initial Scheduling Conference, currently scheduled for December 15, 2015, unless directed to do so by the Court. Plaintiff and Ally Financial will file a Stipulation Of Dismissal and Proposed Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,

/s/ *Kristi C. Kelly (w/ consent)*
Kristi C. Kelly, Esq. (DC Bar No. 974872)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
  *Counsel for Plaintiff, Kevin Green*


/s/ S. Mohsin Reza
Mary Catherine Zinsner. Esq. (DC Bar No. 430091)
S. Mohsin Reza, Esq. (DC Bar No. 985270)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
Email: mary.zinsner@troutmansanders.com
  mohsin.reza@troutmansanders.com
  *Counsel for Defendant Ally Financial Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed with the Court via the CM/ECF system. The foregoing was served this 11th day of December, 2015, on the following filing users by the CM/ECF system:

Brian Robert Meiners
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-2910
Fax: (202) 626-3737
Email: bmeiners@kslaw.com
*Counsel for Equifax Information Services, LLC*

H. Mark Stichel
GOHN HANKEY STICHEL and BERLAGE, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
(410) 752-1658
Fax: (410) 752-2519
Email: hmstichel@ghsllp.com
*Counsel for Trans Union, LLC*

Syed M. Reza
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza
Suite 500
Tysons Corner, VA 22182
(703) 734-4351
Fax: (703) 448-6510
Email: mohsin.reza@troutmansanders.com
*Counsel for Ally Financial, Inc.*

William V. O'Reilly (D.C. Bar No. 420109)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3697
Fax: (202) 626-1700
E-mail: woreilly@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

/s/ Kristi Cahoon Kelly_____
Kristi Cahoon Kelly (DC Bar No. 974872)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*