UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KEVIN GREEN,

        Plaintiff,

v.                                Civil Action No: 1:15-cv-01291-RDM

EQUIFAX INFORMATION SERVICES,
LLC., *et al.*,

        Defendant.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, KEVIN GREEN, and hereby moves the Court to dismiss with prejudice all claims <u>only against</u> Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint <u>only against</u> Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is DISMISSED with prejudice.

    Entered this _____ day of _____, 2015.

                                                        _____
                                                        The Hon. Randolph D. Moss
                                                      United States District Judge

SEEN AND AGREED:

_____
Kristi C. Kelly, Esq. (DC Bar No. 974872)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

_____
William V. O'Reilly (D.C. Bar No. 420109)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3697
Facsimile: 202-626-1700
E-mail: woreilly@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*